Elise R. Sanguinetti
CA State Bar No. 191389
Khorrami LLP
360 22nd St., Suite 640
Oakland, CA 94612
Tel: (866) 546-7266
Email: esanguinetti@khorrami.com

Trevor B. Rockstad
CA State Bar No. 277274
DAVIS & CRUMP PC
1712 15th Street, Suite 300
Gulfport, MS  39501
Tel:  (228) 863-6000
Fax:  (228) 864-0907
Email address:  trevor.rockstad@daviscrump.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TENESSIA POSEY, et al., | Case No. 3:12-cv-05939-RS |
| Plaintiffs, | Before the Hon. Richard Seeborg |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND** |
| MCKESSON CORPORATION, et al., | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Remand and Memorandum of Points and Authorities in Support Thereof, Defendants' Notice of Removal and having reviewed the operative Complaint, GRANTS Plaintiffs' Motion to Remand this action to the Superior Court for San Francisco County, State of California.

Accordingly, the Clerk of the Court is hereby instructed to remand this action to the Superior Court for San Francisco County, California.

The Court further GRANTS Plaintiffs' request for attorneys' fees and costs for bringing their Motion to Remand. Plaintiffs' Counsel shall submit a bill for their time and expenses within 14 days.

SO ORDERED.

This _____ day of _____, 2013.

_____
**The Honorable Richard Seeborg**
**United States District Judge**