UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY COWAN,<br><br>    Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-05939-JST<br><br>**SCHEDULING ORDER AND ORDER TO FILE PROOF OF SERVICE**<br><br>Re: ECF No. 57 |

    The Court has received the Motion to Withdraw as Counsel for Plaintiff Dorothy Cowan. ECF No. 57.  The Court hereby sets a Case Management Conference on December 9, 2015 at 2:00 p.m. to allow for the parties to be heard regarding the motion.  Plaintiff's counsel is ordered to serve notice upon his client of the motion to withdraw and the hearing on December 9, and to file proof of this service with the Court by October 23, 2015.

    IT IS SO ORDERED.

Dated: October 14, 2015

_____
JON S. TIGAR
United States District Judge